**Fill in this information to identify the case**

Debtor name __**H K Fine Properties, LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**19-31828**__
(if known)

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of
debtor's interest**

2.   **Cash on hand**                                                                       _____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Checking account** | **Checking account** | 9  0  3  5 | $756.83 |

4.   **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $756.83 |
|---|

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |
|---|---|---|---|
| | Name | | |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

Current value of debtor's interest

**9. Total of Part 2.**

Add lines 7 through 8.  Copy the total to line 81.

$0.00

---

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **$0.00** — | **$0.00** | = ......➔..... | **$0.00** |
| | face amount | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$0.00** — | **$0.00** | = ......➔..... | **$0.00** |
| | face amount | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

---

### Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1. | **$83,000 investment in Easy Card.** | | **$0.00** |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

---

| Debtor | H K Fine Properties, LLC | Case number (if known) | 19-31828 |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |
|---|---|---|---|
| | Name | | |

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **1231 Hahlo St.**<br>**Houston, TX  77020**<br>**1231 Hahlo St.**<br>**TR F3**<br>**KOUNSLAR**<br>**ABST 32 HARRIS & WILSON** | **Deed of Trust** | | **Listing agreement.** | **$1,250,000.00** |
| 55.2. **1210 Shotwell St.**<br>**Houston, TX 77020**<br>**1210 Shotwell St.**<br>**TR B KOUNSLAR ABST 32 HARRIS &**<br>**WILSON** | **Deed of Trust** | | **Listing agreement.** | **$2,187,600.00** |
| 55.3. **705 Ward Rd**<br>**Baytown, TX  77520**<br>**705 Ward Rd**<br>**TRS 17D &17E (051(LTS 2 &4 BLK**<br>**17)**<br>**ABST 65 W SCOTT .2342 AC** | **Deed of Trust** | | **Personal opinion.** | **$53,000.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| **$3,490,600.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |
|---|---|---|---|
| | Name | | |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable** (current values subject to verification)

    Description (include name of obligor)

| Description | Total face amount | doubtful or uncollectible amount | Current value |
|---|---|---|---|
| **Note payable from David Fine.** | $275,159.35 − | $0.00 = ➡ | $275,159.35 |
| **Note payable from Scott Mitchell.** | $14,981.96 − | Unknown = ➡ | $14,981.96 |
| **Note payable from Alicia Mitchell.** | $1,292.20 − | Unknown = ➡ | $1,292.20 |
| **Note payable from Rick Hadjik.** | $19,471.97 − | Unknown = ➡ | $19,471.97 |
| **Note payable from Lindsey Fine.** | $38,289.99 − | $0.00 = ➡ | $38,289.99 |
| **Note payable from Harmon K. Fine.** | $287,768.25 − | $0.00 = ➡ | $287,768.25 |
| **Note from Jim Copeland.** | $22,304.10 − | $0.00 = ➡ | $22,304.10 |

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |
|---|---|---|---|
| | Name | | |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Priority, validity and extent of lien against real property currently held by Ecosorb Investments, LLC.**          **Unknown**

| Nature of claim | **Lawsuit** |
|---|---|
| Amount requested | **$704,000.00** |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Post-petition rent due from Supply Pro, Inc. and/or Supply Pro Sorbents, LLC.**       **$58,750.00**

**78.** **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.       **$718,017.82**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$756.83** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| **83.** **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85.** **Farming and fishing-related assets.** *Copy lines 33, Part 6.* | **$0.00** | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88.** **Real property.** *Copy line 56, Part 9* ..............................➔ | | **$3,490,600.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | **+ $718,017.82** | |
| **91.** **Total.** Add lines 80 through 90 for each column. 91a. | **$718,774.65** | + 91b. **$3,490,600.00** |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................. | | **$4,209,374.65** |

**Fill in this information to identify the case:**

Debtor name __**H K Fine Properties, LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**19-31828**__
(if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1.** **Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $704,000.00 | $3,490,600.00 |
|---|---|---|---|
| **Ecosorb Investments, LLC** | **1210 Shotwell St.** | | |

Creditor's mailing address
**12315 Robin Blvd.**

Describe the lien
**Deed of Trust / Agreement**

__Houston__          TX   __77045__

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Specify each creditor, including this creditor, and its relative priority.

**For 1210 Shotwell St.: 1) Propel Financial Service, LLC; 2) Taxease; 3) Ecosorb Investments, LLC.  For 1231 Hahlo St.: 1) Propel Financial Service, LLC; 2) Taxease; 3) Ecosorb Investments, LLC; 4) Propel Financial Service, LLC.  For 705 Ward Rd: 1) Ecosorb Investments, LLC.**

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$784,104.36

Debtor **H K Fine Properties, LLC**      Case number (if known) **19-31828**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**

**Creditor's name**
**Propel Financial Service, LLC**

**Creditor's mailing address**
**P.O. Box 100350**

_____

**San Antonio          TX    78201**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

**1231 Hahlo St.**

**Describe the lien**

**Taxes / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$14,573.77**    Column B: **$1,250,000.00**

**2.3**

**Creditor's name**
**Propel Financial Service, LLC**

**Creditor's mailing address**
**P.O. Box 100350**

_____

**San Antonio          TX    78201**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

**1210 Shotwell St.**

**Describe the lien**

**Taxes / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$25,530.59**    Column B: **$3,437,600.00**

Debtor **H K Fine Properties, LLC**      Case number (if known) **19-31828**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.4**

**Creditor's name**
**Taxease**

**Creditor's mailing address**
**118 Vintage Park Blvd., No. W**

_____

**Houston**      **TX**    **77070**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**    ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☐ No

☑ Yes.  Have you already specified the
      relative priority?

    ☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
       specified on lines **2.1**

**Describe debtor's property that is**
**subject to a lien**

**1231 Hahlo & 1210 Shotwell**

**Describe the lien**

**Tax Lien / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $40,000.00 | $3,437,600.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **H K Fine Properties, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-31828** |

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| _____ | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | _____ | | |
| _____ | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☐ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(_____) | ☐ Yes | | |

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$11,936.65

**AAA Cooper Transportation**

**P.O. Box 935003**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

| Atlanta | GA | 31193-5003 |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$1,591.25

**AAA Pallet Co.**

**1220 Shotwell**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

| Houston | TX | 77020 |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$2,765.00

**Abasco LLC**

**8561 East North Belt**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

| Humble | TX | 77396 |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$3,119.34

**ACI Motor Freight, Inc.**

**4545 S. Palisade St.**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

| Wichita | KS | 67217-4931 |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5** Nonpriority creditor's name and mailing address

Action Box

P.O. BOx 842745

Dallas                    TX        75284-0514

Date or dates debt was incurred

Last 4 digits of account number        ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$6,450.75**

**3.6** Nonpriority creditor's name and mailing address

AGE Industries, Ltd.

P.O. Box 205322

Dallas                    TX        75320-5322

Date or dates debt was incurred

Last 4 digits of account number        ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$2,351.83**

**3.7** Nonpriority creditor's name and mailing address

All Brand Forklift Service

12315 Market St.

Houston                   TX        77015

Date or dates debt was incurred

Last 4 digits of account number        ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$809.05**

**3.8** Nonpriority creditor's name and mailing address

Andrea Fine

4102 Ivymist Ct.

Sugar Land                TX        77479

Date or dates debt was incurred        3/25/2019

Last 4 digits of account number        ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Note

Is the claim subject to offset?
☑ No
☐ Yes

**$16,170.00**

Debtor    **H K Fine Properties, LLC**      Case number (if known)   **19-31828**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9**    Nonpriority creditor's name and mailing address

**Andrea Fine**

**4102 Ivymist Ct.**

_____

**Sugar Land**      **TX**    **77479**

Date or dates debt was incurred    **1/1/2019**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Property Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,050.34**

---

**3.10**    Nonpriority creditor's name and mailing address

**Automation Personell Svc., Inc.**

**P.O. Box 830941**

_____

**Birmingham**      **AL**    **35283**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,644.03**

---

**3.11**    Nonpriority creditor's name and mailing address

**Barlow Jones, LLP**

**17225 El Camino Real, Suite 400**

_____

**Houston**      **TX**    **77058**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21,836.68**

---

**3.12**    Nonpriority creditor's name and mailing address

**Batz Corp.**

**P.O. Box 130**

_____

**Prattsville**      **AR**    **72129**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,869.20**

---

Debtor   **H K Fine Properties, LLC**                                            Case number (if known)   **19-31828**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.13** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$13,223.23

**Berry Gobal, Inc.**

**P.O. Box 633485**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Cincinnati**          **OH**   **45263-3485**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.14** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$4,750.00

**Blue Grace Logistics**

**P.O. Box 4964 Dept. 108**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Houston**          **TX**   **77210-4964**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.15** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$2,002.50

**Breck Chatrou**

**32119 Willow Creek Park**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Conroe**          **TX**   **77385**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.16** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$2,004.00

**Buffalo Industries LLC**

**7979 S. 108th St.**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Kent**          **WA**   **98032**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.17** | **Nonpriority creditor's name and mailing address** |

**Caraustar Converted Products**

**P.O. Box 935013**

| **Pasadena** | **CA** | **91199-5013** |

Date or dates debt was incurred

Last 4 digits of account number _____ ____ ____ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,261.14**

---

| **3.18** | **Nonpriority creditor's name and mailing address** |

**Carriff Engineered Fabrics**

**3500 Fieldstone Trace**

| **Midland** | **NC** | **28107** |

Date or dates debt was incurred

Last 4 digits of account number _____ ____ ____ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,071.63**

---

| **3.19** | **Nonpriority creditor's name and mailing address** |

**Central Freight Line**

**P.O. Box 847084**

| **Dallas** | **TX** | **75284** |

Date or dates debt was incurred

Last 4 digits of account number _____ ____ ____ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,278.51**

---

| **3.20** | **Nonpriority creditor's name and mailing address** |

**Channel Prime Alliance**

**1803 Hull Ave.**

| **Des Moines** | **IA** | **50313-4738** |

Date or dates debt was incurred

Last 4 digits of account number _____ ____ ____ ____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$45,248.00**

---

Debtor   **H K Fine Properties, LLC**                              Case number (if known)   **19-31828**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.21** | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim** **$1,233.90**

**Coastal Packaging, Inc.**

**7417 Station Dr.**

Basis for the claim:
**Vendor**

**Houston**                    **TX**      **77061**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.22** | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim** **$1,152.00**

**Continental Western Corp.**

**5980 Jefferson Hwy.**

Basis for the claim:
**Vendor**

**New Orleans**              **LA**      **70123**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.23** | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim** **$3,643.60**

**Cordova Safety Products**

**P.O. Box 409019**

Basis for the claim:
**Vendor**

**Atlanta**                    **GA**      **30384-9019**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.24** | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim** **$1,000.00**

**Core Personnel**

**13154 Colt Rd.**

**Ste. 200**

Basis for the claim:
**Vendor**

**Dallas**                    **TX**      **75240**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **H K Fine Properties, LLC**        Case number (if known)   **19-31828**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.25**   Nonpriority creditor's name and mailing address

**Dorstener Wire Tech, Inc.**

**19994 Hickory Twig Way**

**Spring**      **TX**    **77388**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,862.50**

---

**3.26**   Nonpriority creditor's name and mailing address

**Double E. Company, LLC**

**P.O. Box 847457**

**Boston**      **MA**    **02284-7457**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,269.73**

---

**3.27**   Nonpriority creditor's name and mailing address

**DSV Road, Inc.**

**Dept. CH 10902**

**Palatine**      **IL**    **60055-0902**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,305.00**

---

**3.28**   Nonpriority creditor's name and mailing address

**Eagle Mfg.**

**P.O. Box 207500**

**Dallas**      **TX**    **75320**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,100.54**

---

Debtor    **H K Fine Properties, LLC**                                    Case number (if known)   **19-31828**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Ecosorb International, Inc.**

**12315 Robin Blvd.**

**Houston**          **TX**    **77045**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,800,000.00**

---

| 3.30 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Elliott Electric**

**P.O. Box 206524**

**Dallas**          **TX**    **75320-6524**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$610.00**

---

| 3.31 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Estes-Express**

**P.O. Box 25612**

**Richmond**          **VA**    **23260-5612**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,504.23**

---

| 3.32 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**First Insurance Funding**

**P.O. Box 7000**

**Carol Stream**          **IL**    **60197**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,097.51**

---

Debtor   **H K Fine Properties, LLC**                     Case number (if known)   **19-31828**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.33 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**$4,108.00**

**General Works Products**

**4912 Mehurin St.**

**Basis for the claim:**

**Vendor**

**New Orleans**       **LA**     **70121**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**$7,058.20**

**Gigantic Bag**

**P.O. Box 1680**

**Dept. #2199**

**Basis for the claim:**

**Vendor**

**Davenport**       **IA**     **52807**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**$1,619.55**

**Great Southwest Paper**

**P.O. Box 15618**

**Basis for the claim:**

**Vendor**

**Houston**       **TX**     **77220**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**$11,766.69**

**Harmon K. Fine**

**P.O. Box 2734**

**Basis for the claim:**

**Vendor**

**Sugar Land**       **TX**     **77487-2734**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **H K Fine Properties, LLC** _____ Case number (if known) **19-31828**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

**Harmon K. Fine**

**4102 Ivymist Ct.**

_____

Sugar Land          TX      77479

Date or dates debt was incurred      3/11/19

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Property Taxes**

Is the claim subject to offset?
☒ No
☐ Yes

**$511.27**

---

**3.38** Nonpriority creditor's name and mailing address

**Houston Bag & Burlap Co.**

**3702 Polk**

_____

Houston           TX      77003

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,000.00**

---

**3.39** Nonpriority creditor's name and mailing address

**J&M Industries, Inc.**

**300 Ponchatoula Pkwy**

_____

Ponchatoula        LA      70454

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$418.00**

---

**3.40** Nonpriority creditor's name and mailing address

**M&M Industries, Inc.**

**316 Corporate Place**

_____

Chattanooga        TN      37419

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,795.44**

---

Debtor    **H K Fine Properties, LLC**    Case number (if known)  **19-31828**

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

**Majewski Transportation, Inc.**

**2928 A. Greens Rd.**

**Suite 100**

**$6,650.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| **Houston** | **TX** | **77032** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

**Marco Polo International**

**P.O. Box 417962**

**$47,508.40**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| **Boston** | **MA** | **02241-7951** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**Martin Consulting**

**12300 Dundee Court, Ste. 214**

**$7,681.47**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| **Cypress** | **TX** | **77429** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**McNeely Plastics**

**P.O. Box 538142**

**$8,760.11**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| **Atlanta** | **GA** | **30353-8142** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **H K Fine Properties, LLC**                                   Case number (if known)   **19-31828**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.45 | Nonpriority creditor's name and mailing address |
|---|---|

**Muldoon Minerals**

**P.O. Box 349**

**Flatonia**                 **TX**      **78941**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,762.50**

---

| 3.46 | Nonpriority creditor's name and mailing address |
|---|---|

**Orion Plastics**

**700 West Carob St.**

**Compton**                 **CA**      **90220**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$28,287.00**

---

| 3.47 | Nonpriority creditor's name and mailing address |
|---|---|

**Pratt Industries**

**10510 Okanella St.**

**Suite 100**

**Houston**                 **TX**      **77041**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,219.37**

---

| 3.48 | Nonpriority creditor's name and mailing address |
|---|---|

**Precision Converters, Inc.**

**5770 N. Blackstock Rd.**

**Spartanburg**                 **SC**      **29303**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,300.96**

---

Debtor    **H K Fine Properties, LLC**                                Case number (if known)   **19-31828**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                **Amount of claim**

---

| **3.49** | Nonpriority creditor's name and mailing address |
|---|---|

**Primerasource**

**61324 Candlelight Dr.**

**Sturgis**                **MI**        **49091**

Date or dates debt was incurred

Last 4 digits of account number         __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $30,880.00**

---

| **3.50** | Nonpriority creditor's name and mailing address |
|---|---|

**Priority 1 Inc.**

**P.O. Box 840808**

**Dallas**                **TX**        **75284**

Date or dates debt was incurred

Last 4 digits of account number         __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $20,375.93**

---

| **3.51** | Nonpriority creditor's name and mailing address |
|---|---|

**Progressive Equipment & Supply Co., Inc.**

**P.O. Box 2661**

**Laplace**                **LA**        **70069**

Date or dates debt was incurred

Last 4 digits of account number         __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $97.12**

---

| **3.52** | Nonpriority creditor's name and mailing address |
|---|---|

**Purvis Bearing Service, Inc.**

**P.O. Box 540757**

**Dallas**                **TX**        **75354-0757**

Date or dates debt was incurred

Last 4 digits of account number         __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $998.20**

---

Debtor   **H K Fine Properties, LLC**                                    Case number (if known)   **19-31828**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.53 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,319.80**

**R3 Safety**

**14418 Collections Center Dr.**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Chicago**          IL      **60693**

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$898.37**

**Rainbolt & Alexander, Inc**

**4511 Dacoma St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          TX      **77092**

**Basis for the claim:**  **Attorney Fees**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$776.30**

**Rowe Equipment, Inc.**

**P.O. Box 1716**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Cypress**          TX      **77433**

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,664.27**

**Sonobond Ultrasonics**

**1191 McDermott Dr.**

☑ Contingent
☑ Unliquidated
☑ Disputed

**West Chester**          PA      **19380**

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **H K Fine Properties, LLC**                     Case number (if known) **19-31828**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**  Nonpriority creditor's name and mailing address

Sooner Container, Inc.

3375 Pollok Dr.

Conroe                    TX      77303

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$541.50**

---

**3.58**  Nonpriority creditor's name and mailing address

Standridge Color Corp.

1196 East Hightower Trail

Social Circle             GA      30025

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$6,398.31**

---

**3.59**  Nonpriority creditor's name and mailing address

Stephenson LeGrand & Pfeil PLLC

1609 N Richmond Rd

Wharton                   TX      77488

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Accountant

Is the claim subject to offset?
☑ No
☐ Yes

**$1,850.00**

---

**3.60**  Nonpriority creditor's name and mailing address

Sterling Manufacturing

P.O. Box 16767

Houston                   TX      77222

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$3,378.09**

---

Debtor   **H K Fine Properties, LLC**                                       Case number (if known)   **19-31828**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.61** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$734,382.40**

**Supply Pro, Inc.**

**1210 Shotwell St.**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

**Houston**            **TX**      **77020**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.62** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$17,430.14**

**SWM/Conwed Plastics, LLC**

**P.O. Box 74008904**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

**Chicago**            **IL**      **60674-8904**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.63** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,480.00**

**Tallgrass Freight Co.**

**6800 Hilltop Rd., Ste. 202**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

**Shawnee**            **KS**      **66226**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.64** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$4,919.45**

**Texas Workforce Commission**

**Attn: Cashier**

**P.O. Box 149037**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

**Austin**            **TX**      **78714-9037**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor    **H K Fine Properties, LLC**                          Case number (if known)   **19-31828**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |

**The Tarp Depot**

**2606 Pasadena Blvd.**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Vendor**

**Pasadena**              **TX**    **77502**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.66 | **Nonpriority creditor's name and mailing address** | | **$3,629.30** |

**Tipper Tie, Inc.**

**12767 Collections Center Dr.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Vendor**

**Chicago**              **IL**    **60693**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.67 | **Nonpriority creditor's name and mailing address** | | **$10,967.68** |

**Twitchell Corp.**

**Department 3490**

**P.O. Box 2153**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Vendor**

**Birmingham**              **AL**    **35287-3490**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.68 | **Nonpriority creditor's name and mailing address** | | **$8.85** |

**U.S. Dept. of Insurance**

**SPRS**

**P.O. Box 504591**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Vendor**

**Saint Louis**              **MO**    **63150**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.69** | Nonpriority creditor's name and mailing address |
|---|---|

**U.S. Road Freight**

**P.O. Box 9070**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$2,357.54

| **Wichita** | **KS** | **67277** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.70** | Nonpriority creditor's name and mailing address |
|---|---|

**Ultra Tech International, Inc.**

**P.O. Box 21347**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$5,725.20

| **Tampa** | **FL** | **33622** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.71** | Nonpriority creditor's name and mailing address |
|---|---|

**United Film Solution**

**15864 W. Hardy Rd., Ste 760**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$1,260.00

| **Houston** | **TX** | **77060** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.72** | Nonpriority creditor's name and mailing address |
|---|---|

**Wahlco/DW Tool, Inc.**

**5830 State Highway V**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$1,231.32

| **Jackson** | **MO** | **63755** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **H K Fine Properties, LLC**                            Case number (if known)   **19-31828**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.73**   Nonpriority creditor's name and mailing address

**Whitewater Freight, Inc.**

**9 Harrison Brookville Rd.**

**West Harrison**          **IN**    **47060**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,573.00**

---

**3.74**   Nonpriority creditor's name and mailing address

**Wm. F. Harmeyer & Assoc**

**7322 Southwest Freeway**

**Ste. 510**

**Houston**          **TX**    **77074**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$290,163.96**

---

**3.75**   Nonpriority creditor's name and mailing address

**Worldwide Express**

**P.O. Box 733360**

**Dallas**          **TX**    **75373**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,692.72**

---

Debtor   **H K Fine Properties, LLC**                                    Case number (if known)  **19-31828**

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   Johnnie Patterson
PO Box 61301


Houston            TX      77208

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.2**   Nicole Cacciatori
1524 Highway 291 N.


Prattsville            AR      72129-9137

Line   **3.12**

☐ Not listed.  Explain:

__ __ __ __

**4.3**   Preston Towber
6750 West Loop South, Ste 920


Bellaire            TX      77401

Line   **3.29**

☐ Not listed.  Explain:

__ __ __ __

**4.4**   T. Ernest Freeman
1770 St. James Place
Suite 120

Houston            TX      77056

Line   **3.29**

☐ Not listed.  Explain:

__ __ __ __

**4.5**   Woodrow Holland
1770 St. James Place
Suite 120

Houston            TX      77056

Line   **3.61**

☐ Not listed.  Explain:

__ __ __ __

Debtor   **H K Fine Properties, LLC**                                    Case number (if known)   **19-31828**

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---------|-------------------------------------------------------------------|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** $3,333,158.55 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $3,333,158.55 |

**Fill in this information to identify the case:**

Debtor name **H K Fine Properties, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-31828**          Chapter **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Lease for 1210 Shotwell Contract to be ASSUMED Contract is in DEFAULT** | **Supply Pro Sorbents, LLC** |
| | | | **1210 Shotwell** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Houston          TX          77020** |

**Fill in this information to identify the case:**

Debtor name  **H K Fine Properties, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **19-31828**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Harmon K. Fine | 4102 Ivymist Ct.<br>Number       Street<br><br>Sugar Land         TX   77479<br>City                 State   ZIP Code | Ecosorb Investments, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.2  Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number       Street<br><br>Houston          TX   77020<br>City                 State   ZIP Code | AAA Cooper Transportation | ☐ D<br>☒ E/F<br>☐ G |
| 2.3  Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number       Street<br><br>Houston          TX   77020<br>City                 State   ZIP Code | AAA Pallet Co. | ☐ D<br>☒ E/F<br>☐ G |
| 2.4  Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number       Street<br><br>Houston          TX   77020<br>City                 State   ZIP Code | Abasco LLC | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | H K Fine Properties, LLC | Case number (if known) | 19-31828 |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|

| | **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
|---|---|---|---|---|---|
| 2.5 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number      Street<br><br>Houston          TX    77020<br>City                State   ZIP Code | | ACI Motor Freight, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number      Street<br><br>Houston          TX    77020<br>City                State   ZIP Code | | Action Box | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number      Street<br><br>Houston          TX    77020<br>City                State   ZIP Code | | AGE Industries, Ltd. | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number      Street<br><br>Houston          TX    77020<br>City                State   ZIP Code | | All Brand Forklift Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number      Street<br><br>Houston          TX    77020<br>City                State   ZIP Code | | Automation Personell Svc., Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number      Street<br><br>Houston          TX    77020<br>City                State   ZIP Code | | Batz Corp. | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number      Street<br><br>Houston          TX    77020<br>City                State   ZIP Code | | Berry Gobal, Inc. | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | H K Fine Properties, LLC | Case number (if known) | 19-31828 |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** / **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|
| 2.12 | Supply Pro Sorbents, LLC / 1210 Shotwell St. — Houston TX 77020 | Blue Grace Logistics | ☐ D ☑ E/F ☐ G |
| 2.13 | Supply Pro Sorbents, LLC / 1210 Shotwell St. — Houston TX 77020 | Buffalo Industries LLC | ☐ D ☑ E/F ☐ G |
| 2.14 | Supply Pro Sorbents, LLC / 1210 Shotwell St. — Houston TX 77020 | Caraustar Converted Products | ☐ D ☑ E/F ☐ G |
| 2.15 | Supply Pro Sorbents, LLC / 1210 Shotwell St. — Houston TX 77020 | Carriff Engineered Fabrics | ☐ D ☑ E/F ☐ G |
| 2.16 | Supply Pro Sorbents, LLC / 1210 Shotwell St. — Houston TX 77020 | Central Freight Line | ☐ D ☑ E/F ☐ G |
| 2.17 | Supply Pro Sorbents, LLC / 1210 Shotwell St. — Houston TX 77020 | Channel Prime Alliance | ☐ D ☑ E/F ☐ G |
| 2.18 | Supply Pro Sorbents, LLC / 1210 Shotwell St. — Houston TX 77020 | Coastal Packaging, Inc. | ☐ D ☑ E/F ☐ G |

| Debtor | H K Fine Properties, LLC | Case number (if known) | 19-31828 |
|--------|--------------------------|------------------------|----------|

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.19 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number      Street<br><br>**Houston**          **TX**   **77020**<br>City                        State    ZIP Code | **Continental Western Corp.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.20 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number      Street<br><br>**Houston**          **TX**   **77020**<br>City                        State    ZIP Code | **Cordova Safety Products** | ☐ D<br>☑ E/F<br>☐ G |
| 2.21 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number      Street<br><br>**Houston**          **TX**   **77020**<br>City                        State    ZIP Code | **Core Personnel** | ☐ D<br>☑ E/F<br>☐ G |
| 2.22 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number      Street<br><br>**Houston**          **TX**   **77020**<br>City                        State    ZIP Code | **Dorstener Wire Tech, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.23 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number      Street<br><br>**Houston**          **TX**   **77020**<br>City                        State    ZIP Code | **Double E. Company, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.24 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number      Street<br><br>**Houston**          **TX**   **77020**<br>City                        State    ZIP Code | **DSV Road, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.25 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number      Street<br><br>**Houston**          **TX**   **77020**<br>City                        State    ZIP Code | **Eagle Mfg.** | ☐ D<br>☑ E/F<br>☐ G |

Debtor   __H K Fine Properties, LLC_____   Case number (if known) __19-31828_____

▋ **Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.26 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number   Street <br><br> Houston   TX   77020 <br> City   State   ZIP Code | Elliott Electric | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.27 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number   Street <br><br> Houston   TX   77020 <br> City   State   ZIP Code | Estes-Express | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.28 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number   Street <br><br> Houston   TX   77020 <br> City   State   ZIP Code | First Insurance Funding | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.29 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number   Street <br><br> Houston   TX   77020 <br> City   State   ZIP Code | General Works Products | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.30 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number   Street <br><br> Houston   TX   77020 <br> City   State   ZIP Code | Gigantic Bag | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.31 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number   Street <br><br> Houston   TX   77020 <br> City   State   ZIP Code | Great Southwest Paper | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.32 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number   Street <br><br> Houston   TX   77020 <br> City   State   ZIP Code | Harmon K. Fine | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor　　H K Fine Properties, LLC　　　　　　　　　　　　　Case number (if known)　19-31828

---

## ▉ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

**Name** — Mailing address | **Name** | Check all schedules that apply:

**2.33** Supply Pro Sorbents, LLC
1210 Shotwell St.
Number　　Street

Houston　　　　TX　77020
City　　　　　　State　ZIP Code

Houston Bag & Burlap Co.
☐ D
☑ E/F
☐ G

**2.34** Supply Pro Sorbents, LLC
1210 Shotwell St.
Number　　Street

Houston　　　　TX　77020
City　　　　　　State　ZIP Code

J&M Industries, Inc.
☐ D
☑ E/F
☐ G

**2.35** Supply Pro Sorbents, LLC
1210 Shotwell St.
Number　　Street

Houston　　　　TX　77020
City　　　　　　State　ZIP Code

M&M Industries, Inc.
☐ D
☑ E/F
☐ G

**2.36** Supply Pro Sorbents, LLC
1210 Shotwell St.
Number　　Street

Houston　　　　TX　77020
City　　　　　　State　ZIP Code

Majewski Transportation, Inc.
☐ D
☑ E/F
☐ G

**2.37** Supply Pro Sorbents, LLC
1210 Shotwell St.
Number　　Street

Houston　　　　TX　77020
City　　　　　　State　ZIP Code

Marco Polo International
☐ D
☑ E/F
☐ G

**2.38** Supply Pro Sorbents, LLC
1210 Shotwell St.
Number　　Street

Houston　　　　TX　77020
City　　　　　　State　ZIP Code

Martin Consulting
☐ D
☑ E/F
☐ G

**2.39** Supply Pro Sorbents, LLC
1210 Shotwell St.
Number　　Street

Houston　　　　TX　77020
City　　　　　　State　ZIP Code

McNeely Plastics
☐ D
☑ E/F
☐ G

Debtor    H K Fine Properties, LLC _____      Case number (if known)   19-31828 _____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| | | | *Check all schedules that apply:* |
| **Name** | **Mailing address** | **Name** | |
| 2.40 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number       Street<br><br>**Houston**       **TX**   **77020**<br>City                  State   ZIP Code | **Muldoon Minerals** | ☐ D<br>☑ E/F<br>☐ G |
| 2.41 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number       Street<br><br>**Houston**       **TX**   **77020**<br>City                  State   ZIP Code | **Orion Plastics** | ☐ D<br>☑ E/F<br>☐ G |
| 2.42 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number       Street<br><br>**Houston**       **TX**   **77020**<br>City                  State   ZIP Code | **Pratt Industries** | ☐ D<br>☑ E/F<br>☐ G |
| 2.43 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number       Street<br><br>**Houston**       **TX**   **77020**<br>City                  State   ZIP Code | **Precision Converters, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.44 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number       Street<br><br>**Houston**       **TX**   **77020**<br>City                  State   ZIP Code | **Primerasource** | ☐ D<br>☑ E/F<br>☐ G |
| 2.45 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number       Street<br><br>**Houston**       **TX**   **77020**<br>City                  State   ZIP Code | **Priority 1 Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.46 **Supply Pro Sorbents, LLC** | **1210 Shotwell St.**<br>Number       Street<br><br>**Houston**       **TX**   **77020**<br>City                  State   ZIP Code | **Progressive Equipment & Supply Co., Inc.** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | H K Fine Properties, LLC | Case number (if known) | 19-31828 |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |

| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.47 | Supply Pro Sorbents, LLC | **1210 Shotwell St.**<br>Number   Street<br><br>**Houston**   **TX**   **77020**<br>City   State   ZIP Code | **Purvis Bearing Service, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.48 | Supply Pro Sorbents, LLC | **1210 Shotwell St.**<br>Number   Street<br><br>**Houston**   **TX**   **77020**<br>City   State   ZIP Code | **R3 Safety** | ☐ D<br>☑ E/F<br>☐ G |
| 2.49 | Supply Pro Sorbents, LLC | **1210 Shotwell St.**<br>Number   Street<br><br>**Houston**   **TX**   **77020**<br>City   State   ZIP Code | **Rowe Equipment, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.50 | Supply Pro Sorbents, LLC | **1210 Shotwell St.**<br>Number   Street<br><br>**Houston**   **TX**   **77020**<br>City   State   ZIP Code | **Sonobond Ultrasonics** | ☐ D<br>☑ E/F<br>☐ G |
| 2.51 | Supply Pro Sorbents, LLC | **1210 Shotwell St.**<br>Number   Street<br><br>**Houston**   **TX**   **77020**<br>City   State   ZIP Code | **Sooner Container, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.52 | Supply Pro Sorbents, LLC | **1210 Shotwell St.**<br>Number   Street<br><br>**Houston**   **TX**   **77020**<br>City   State   ZIP Code | **Standridge Color Corp.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.53 | Supply Pro Sorbents, LLC | **1210 Shotwell St.**<br>Number   Street<br><br>**Houston**   **TX**   **77020**<br>City   State   ZIP Code | **Sterling Manufacturing** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    __H K Fine Properties, LLC_____    Case number (if known) __19-31828_____

---

| | |
|---|---|
| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.54 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number    Street<br><br>Houston          TX    77020<br>City                 State   ZIP Code | SWM/Conwed Plastics, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.55 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number    Street<br><br>Houston          TX    77020<br>City                 State   ZIP Code | Tallgrass Freight Co. | ☐ D<br>☑ E/F<br>☐ G |
| 2.56 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number    Street<br><br>Houston          TX    77020<br>City                 State   ZIP Code | Texas Workforce Commission | ☐ D<br>☑ E/F<br>☐ G |
| 2.57 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number    Street<br><br>Houston          TX    77020<br>City                 State   ZIP Code | The Tarp Depot | ☐ D<br>☑ E/F<br>☐ G |
| 2.58 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number    Street<br><br>Houston          TX    77020<br>City                 State   ZIP Code | Tipper Tie, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.59 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number    Street<br><br>Houston          TX    77020<br>City                 State   ZIP Code | Twitchell Corp. | ☐ D<br>☑ E/F<br>☐ G |
| 2.60 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number    Street<br><br>Houston          TX    77020<br>City                 State   ZIP Code | U.S. Dept. of Insurance | ☐ D<br>☑ E/F<br>☐ G |

Debtor      H K Fine Properties, LLC _____      Case number (if known)   19-31828 _____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.61 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number     Street <br><br> Houston          TX   77020 <br> City                State  ZIP Code | U.S. Road Freight | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.62 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number     Street <br><br> Houston          TX   77020 <br> City                State  ZIP Code | Ultra Tech International, Inc. | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.63 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number     Street <br><br> Houston          TX   77020 <br> City                State  ZIP Code | United Film Solution | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.64 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number     Street <br><br> Houston          TX   77020 <br> City                State  ZIP Code | Wahlco/DW Tool, Inc. | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.65 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number     Street <br><br> Houston          TX   77020 <br> City                State  ZIP Code | Whitewater Freight, Inc. | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.66 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number     Street <br><br> Houston          TX   77020 <br> City                State  ZIP Code | Worldwide Express | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.67 | Supply Pro Sorbents, LLC | 1210 Shotwell St. <br> Number     Street <br><br> Houston          TX   77020 <br> City                State  ZIP Code | Breck Chatrou | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor      __H K Fine Properties, LLC_____      Case number (if known) __19-31828_____

| | | |
|---|---|---|

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
|---|---|---|---|---|
| 2.68 | Supply Pro Sorbents, LLC | 1210 Shotwell St.<br>Number       Street<br><br>Houston            TX   77020<br>City                    State   ZIP Code | Ecosorb International, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.69 | Supply Pro, Inc. | 1210 Shotwell St.<br>Number       Street<br><br>Houston            TX   77020<br>City                    State   ZIP Code | Breck Chatrou | ☐ D<br>☑ E/F<br>☐ G |
| 2.70 | Supply Pro, Inc. | 1210 Shotwell St.<br>Number       Street<br><br>Houston            TX   77020<br>City                    State   ZIP Code | Barlow Jones, LLP | ☐ D<br>☑ E/F<br>☐ G |
| 2.71 | Supply Pro, Inc. | 1210 Shotwell St.<br>Number       Street<br><br>Houston            TX   77020<br>City                    State   ZIP Code | Wm. F. Harmeyer & Assoc | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **H K Fine Properties, LLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  **19-31828**

☐ Check if this is an amended filing

Official Form 206Sum

**Summary of Assets and Liabilities for Non-Individuals**     12/15

---

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B........................................................ | **$3,490,600.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................... | **$718,774.65**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B...................................................... | **$4,209,374.65**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.......... | **$784,104.36**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................... | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...... | **+ $3,333,158.55**

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................... | **$4,117,262.91**

**Fill in this information to identify the case and this filing:**

Debtor Name **H K Fine Properties, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-31828**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☑ Amended Schedule **E/F**
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/15/2019**
MM / DD / YYYY

X *Harmon K Fine*
Signature of individual signing on behalf of debtor

**Harmon K. Fine**
Printed name

**President/Manager**
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>H K Fine Properties, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>19-31828</strong></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☑ None

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Debtor **H K Fine Properties, LLC**
Name

Case number (if known) **19-31828**

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|-----------|----------------|-----------------------------------|----------------|
| 7.1. | William harmeyer v. Supply Pro | Judgment | **Fort Bend County 434th District Court** <br> Name <br><br> **301 Jackson St.** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> **17-DCV-247268** | | **Richmond**　　**TX**　**77469** <br> City　　　　　　State　ZIP Code | |
| 7.2. | Ecosorb International v. Supply Pro et al | Third Amended Petition | **Harris County 11th District Court** <br> Name <br><br> **201 Caroline, 9th Floor** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **2016-01693** | | **Houston**　　**TX**　**77002** <br> City　　　　　State　ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

Official Form 207                   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   page 2

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |
|---|---|---|---|
| | Name | | |

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Gerger Law Firm, PLLC** | **On March 26, 2019, Properties paid the Law Firm $16,717.00 as a retainer.  This was deposited into the Law Firm IOLTA account.  On March 29, 2019, the Law Firm transferred $5,617.00 from the IOLTA account to the Law Firm's operating account to pay for pre-petition legal services and for the filing fee of $1,717.00 for a chapter 11 bankruptcy case. The remaining balance is $11,100.00.** | 3/25/2018 | **$16,717.00** |

Address

**Alan S. Gerger**
Street
**2211 Norfolk St., Ste. 517**

**Houston              TX        77098**
City                      State      ZIP Code

Email or website address

Who made the payment, if not debtor?

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☒ None

## Part 7:   Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | **4102 Ivy Mist Ct.** | | From _____ | To _____ |
| | Street | | | |
| | **Sugar Land          TX      77479** | | | |
| | City                      State    ZIP Code | | | |

| Debtor | **H K Fine Properties, LLC** | Case number (if known) | **19-31828** |
|---|---|---|---|
| | Name | | |

## Part 8:   Health Care Bankruptcies

**15.   Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
☐ No.  Go to Part 10.
☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.   Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor  **H K Fine Properties, LLC**                                    Case number (if known)  **19-31828**
Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|----------|---------------------------------------------------------------------|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |
|----------|------------------------------------------|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☐ No
☑ Yes.  Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Hahlo Street** | | **There was a fire at Hahlo Street in July 2012.  The fire was monitored by SET Environmental and results were reported to proper authorities.** | **July 1, 2012** |
| Name | Name | | |
| **1231 Hahlo Street** | | | |
| Street | Street | | |
| **Houston**          **TX   77020** | | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

Debtor   **H K Fine Properties, LLC**                    Case number (if known)   **19-31828**
         Name

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.   **Stephenson Legrand & Pfeil PLLC**                    From _____    To _____
         Name
         **1609 N Richmond Rd**
         Street

         **Wharton**                        **TX**        **77488**
         City                              State      ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.   **Harmon K. Fine**
         Name
         **4102 Ivy Mist Court**
         Street

         **Sugar Land**                     **TX**        **77479**
         City                              State      ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

---

Debtor   **H K Fine Properties, LLC**                                      Case number (if known)   **19-31828**
         Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Harmon K. Fine | 4102 Ivymist Court<br>Sugar Land, TX 77479 | Owner/Manager | 41% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/15/2019**
            MM / DD / YYYY

X  *Harmon K. Fine*                                   Printed name   **Harmon K. Fine**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor   **President/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re  **H K Fine Properties, LLC**                               Case No.  **19-31828**

                                                                  Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept...............................................Fixed Fee: ..._Hourly_____

    Prior to the filing of this statement I have received......................................................**$16,717.00**.....(See Attachment)

    Balance Due...........................................................................................................**$0.00**...........

2.  The source of the compensation paid to me was:
    ☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor                    ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>_____04/15/2019_____<br>Date</td><td>_____<br>Alan S. Gerger<br>The Gerger Law Firm PLLC<br>2211 Norfolk Street<br>Suite 517<br>Houston, Texas 77098<br>Phone: (713) 337-6423 / Fax: (888) 317-0281   Bar No.  07816350</td></tr>
</table>

_Harmon K Fine_
_____
**Harmon K. Fine**
**President/Manager**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                §
H.K. FINE PROPERTIES, LLC             §        Case No. 19-31828
                                      §
     Debtor in Possession             §           Chapter 11

### DECLARATION IN SUPPORT OF H.K. FINE PROPERTIES, LLC'S APPLICATION TO EMPLOY OF GENERAL COUNSEL (The Gerger Law Firm PLLC)

STATE OF TEXAS                        §
                                      §
COUNTY OF HARRIS                      §

This is the Affidavit of Alan Gerger, manager of The Gerger Law Firm, PLLC, 2211 Norfolk St. Suite 517, Houston, Texas 77098 (hereafter, "Law Firm").   I have personal knowledge of the facts stated herein and I am competent to make this affidavit.

H.K. Fine Properties, LLC ("PROPERTIES") asked the Law Firm to represent it as its general counsel in a chapter 11 bankruptcy case.

Neither the Law Firm nor I nor any employee of the Law Firm is a creditor, equity security holder or an insider of PROPERTIES.  To the extent any amount was owed to the Law Firm as of the date this case commenced, collection of those amounts is waived.

Neither the Law Firm nor I nor any employee of the Law Firm were, or are, within two years before the date of the filing of this bankruptcy case, a director, officer or employee of PROPERTIES.

To the best of my knowledge, the Law Firm and its employees do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, PROPERTIES or for any other reason except as may be described below:

A.     In 2015, Alan Gerger was a partner at the Dunn, Neal & Gerger LLP law firm.  Harmon Fine met with Alan Gerger to discuss a bankruptcy case for a Supply Pro entity.  The Dunn, Neal & Gerger files (of which the Law Firm has a copy) consists of a list of creditors, a conflicts check, a proposed employment letter and a returned employment letter with changes proposed by Mr. Fine.  No employment agreement was ever signed.  I believe that the meeting was in March of 2015.  I had no further contact with Mr. Fine, in any capacity, until March of 2019.

# EXHIBIT "I"

B.    In March of 2019, I was contacted by Mr. Fine to represent PROPERTIES in a bankruptcy case. I met with Mr. Fine to discuss such a representation.

C.    After that meeting, I recalled that sometime after my 2015 meeting with Mr. Fine (I believe in 2015 but cannot be sure), I received a phone call from a lawyer representing an Ecosorb entity. When I learned that the party adverse to Ecosorb was, either Harmon Fine or a Supply Pro entity, I advised the counsel that I could not speak any further about the matter. This was due to my previous meeting communications with Mr. Fine. I have had no communication with any Ecosorb representative since that time. I have searched and have not found any notes regarding this conversation. However, I do recall that comments regarding a stamp collection and fraud. However, I do not recall which person made which, if any, of these comments in 2015.

D.    The first time I ever heard anyone mention Properties was when I met with Mr. Fine in March of 2019.

E.    On March 26, 2019, PROPERTIES paid the Law Firm $16,717.00 as a retainer. This was deposited into the Law Firm IOLTA account. On March 29, 2019, the Law Firm transferred $5,617.00 from the IOLTA account to the Law Firm's operating account to pay for pre-petition legal services and for the filing fee of $1,717.00 for a chapter 11 bankruptcy case. Properties account in the Law Fir IOLTA account is $11,100.00. To the extent any amounts are owed to the Law Firm for prepetition legal services or expenses advanced, collection of those amounts is waived.

F.    Andrea Fine, wife of Harmon Fine, executed an agreement to guarantee payment of legal fees and expenses that the Law Firm provides to and for Properties. I am told that the members of Properties are: Mrs. Fine - 41%, Mr. Fine – 41% and Fine Family Trust – 18%. Mr. Fine also executed the guarantee; however, the Law Firm has excised his signature and does not consider Mr. Fine to be a guarantor for Properties.

G.    Alan Gerger was employed by the law firm of Nathan, Wood and Sommers f/k/a Lackshin and Nathan, n/k/a Nathan Sommers Jacobs. Diane Grittman Livingstone is an employee of the office of the United States Trustee. Prior to being employed by the office of the United States Trustee, Mrs. Livingstone was an associate at the Lackshin and Nathan law firm at the same time that Alan Gerger was an associate there. The connection with Ms. Livingstone ceased well over fifteen years ago when she joined the office of the United States Trustee.

    The Law Firm is "disinterested person" as the term is defined by 11 U.S.C. §101(14) and that the Law Firm's employment is in the best interest of the Estate.

    Signed under penalty of perjury in Houston, Harris County, Texas on March __, 2019.

By: _____
       Alan Gerger

**Fill in this information to identify the case:**

Debtor name    **H K Fine Properties, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)    **19-31828**

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ecosorb International, Inc. 12315 Robin Blvd. Houston, TX 77045 | | Judgment | Contingent Unliquidated Disputed | | | $1,800,000.00 |
| 2 | Supply Pro, Inc. 1210 Shotwell St. Houston, TX 77020 | | Vendor | Contingent Unliquidated Disputed | | | $734,382.40 |
| 3 | Wm. F. Harmeyer & Assoc 7322 Southwest Freeway Ste. 510 Houston, TX 77074 | | Judgment | | | | $290,163.96 |
| 4 | Marco Polo International P.O. Box 417962 Boston, MA 02241-7951 | | Vendor | Contingent Unliquidated Disputed | | | $47,508.40 |
| 5 | Channel Prime Alliance 1803 Hull Ave. Des Moines, IA 50313-4738 | | Vendor | Contingent Unliquidated Disputed | | | $45,248.00 |

Debtor     **H K Fine Properties, LLC**                                                          Case number (if known) **19-31828**
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Primerasource 61324 Candlelight Dr. Sturgis, MI 49091 | | Vendor | Contingent Unliquidated Disputed | | | $30,880.00 |
| 7  Orion Plastics 700 West Carob St. Compton, CA 90220 | | Vendor | Contingent Unliquidated Disputed | | | $28,287.00 |
| 8  Worldwide Express P.O. Box 733360 Dallas, TX 75373 | | Vendor | Contingent Unliquidated Disputed | | | $23,692.72 |
| 9  Barlow Jones, LLP 17225 El Camino Real, Suite 400 Houston, TX 77058 | | Vendor | Contingent Unliquidated Disputed | | | $21,836.68 |
| 10  Priority 1 Inc. P.O. Box 840808 Dallas, TX 75284 | | Vendor | Contingent Unliquidated Disputed | | | $20,375.93 |
| 11  SWM/Conwed Plastics, LLC P.O. Box 74008904 Chicago, IL 60674-8904 | | Vendor | Contingent Unliquidated Disputed | | | $17,430.14 |
| 12  Pratt Industries 10510 Okanella St. Suite 100 Houston, TX 77041 | | Vendor | Contingent Unliquidated Disputed | | | $14,219.37 |
| 13  Berry Gobal, Inc. P.O. Box 633485 Cincinnati, OH 45263-3485 | | Vendor | Contingent Unliquidated Disputed | | | $13,223.23 |

Debtor     **H K Fine Properties, LLC**                                    Case number (if known) __19-31828__
                  Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Eagle Mfg. P.O. Box 207500 Dallas, TX 75320 | | Vendor | Contingent Unliquidated Disputed | | | $12,100.54 |
| 15 | AAA Cooper Transportation P.O. Box 935003 Atlanta, GA 31193-5003 | | Vendor | Contingent Unliquidated Disputed | | | $11,936.65 |
| 16 | Carriff Engineered Fabrics 3500 Fieldstone Trace Midland, NC 28107 | | Vendor | Contingent Unliquidated Disputed | | | $11,071.63 |
| 17 | Twitchell Corp. Department 3490 P.O. Box 2153 Birmingham, AL 35287-3490 | | Vendor | Contingent Unliquidated Disputed | | | $10,967.68 |
| 18 | Precision Converters, Inc. 5770 N. Blackstock Rd. Spartanburg, SC 29303 | | Vendor | Contingent Unliquidated Disputed | | | $10,300.96 |
| 19 | Batz Corp. P.O. Box 130 Prattsville, AR 72129 | | Vendor | Contingent Unliquidated Disputed | | | $9,869.20 |
| 20 | McNeely Plastics P.O. Box 538142 Atlanta, GA 30353-8142 | | Vendor | Contingent Unliquidated Disputed | | | $8,760.11 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                              CHAPTER   **11**

**H K Fine Properties, LLC**


DEBTOR(S)                                          CASE NO   **19-31828**


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Andrea L. Fine | Member | 41% | |
| Harmon K Fine | Member | 41% | |
| The Fine Family Trust | Member | 18% | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President/Manager** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **4/15/2019** _____          Signature: _Harmon K. Fine_ _____
                                         **Harmon K. Fine**
                                         **President/Manager**